Western District of Wisconsin

Bradley VS Quick et al

20-CV-1031 J.D.P.

Notice of Appeal

Notice is hereby given to the defendants that plaintiff intends to appeal the revoking of IFP in this case



1-17-21